IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　**NO. 09 MJ 319 WDS**

**HOWARD DE LA CRUZ-BANCROFT,**

Defendant.

## ORDER

This matter comes before the Court on Defendant's Motion to Suppress. [Document #30] The evidence before the Court overwhelmingly supports the conclusion that the surrender of the Defendant's identification card was voluntary and not the result of any duress or coercion. Accordingly, the Court finds that the motion is not well taken.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Suppress is DENIED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**W. DANIEL SCHNEIDER**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**